UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – SENTENCING

Case No.   5:25-CR-96-KKC-MAS-1          At  Lexington          Date  July 23, 2026

USA vs Daniel Hoskins          X  present   X  custody  ____  bond  ____  OR   Age  ____

DOCKET ENTRY:  The parties appeared for sentencing as noted. United States Probation Office Troy Brown also present. The Court heard testimony of two witnesses as to the government's objections to the Presentence Report. For the reasons stated fully on the record, the Court OVERRULES government's objections to the lack of an inclusion of enhancements under U.S.S.G. § 2G2.1(b)(5) and § 3A1.1(b)(1). The remaining objections by the government do not require ruling. Accordingly, the Court adopts the factual findings and the advisory guideline applications that are set forth in the Presentence Report. The Court GRANTS the government's oral motion to dismiss counts 1 and 4, 5, 6, and 7 of the Indictment. There were no objections to the sentencing as stated.

PRESENT:   HON. KAREN K.  CALDWELL, U.S. DISTRICT JUDGE

| Kimberly Marsh | Elaine Haberer | Justin Blankenship |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

Counsel for Deft       Pamela Perlman      X  present        ____  retained       X  appointed

PROCEEDINGS:  **SENTENCING** (Evidentiary)

__X__     Objections to Presentence Report.

_____     No objections to Presentence Report.

_____     The Court Reporter shall transcribe the proceeding of the hearing on the Objections to the Presentence Report and file in the record.

__X__     Court's Advice of Right to Appeal provided to defendant.

__X__     Transcript shall be deemed as written findings of Court.

__X__     Judgment shall be entered (See Judgment & Commitment.)

_____     Defendant to remain on bond and on conditions of release previously imposed.

__X__     Defendant remanded to custody of the USM.

Copies:  COR, USP, USM

Initials of Deputy Clerk      km
TIC:1/29